# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG

VAu 596 – 428

EFF
8 - 9 - 03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Grape Corbel Design (applied to items CORA-1, CORA-2 & CORA-3)

**NATURE OF THIS WORK ▼** See Instructions
Hand-Carved Wooden Corbel

**Previous or Alternative Titles ▼**
CORA-1, CORA-2, CORA-3

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  Hardware Resources, employer for hire of Katye Albert

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  United States of America
     Domiciled in  United States of America

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**Year in Which Creation of This Work Was Completed**
2003   This information must be given in all cases.   Year

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.   Month _____ Day _____ Year _____
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Hardware Resources (Attn: Jeff Lowe/Katye Albert)
4319 Marlena St.
Bossier City, LA 71111

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 13 2003
**ONE DEPOSIT RECEIVED**
AUG 09 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page    • See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages



**EXHIBIT**

A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG

**VAu 596—428**

EFF

8— 9—'03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Grape Corbel Design (applied to Items CORA-1, CORA-2 & CORA-3)

NATURE OF THIS WORK ▼ See Instructions

Hand-Carved Wooden Corbel

Previous or Alternative Titles ▼

CORA-1, CORA-2, CORA-3

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**

NAME OF AUTHOR ▼

Hardware Resources, employer for hire of Katye Albert

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _United States of America_
Domiciled in _United States of America_

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a**

Year in Which Creation of This Work Was Completed
2003
Year In all cases.
This information must be given.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hardware Resources (Attn: Jeff Lowe/Katye Albert)
4319 Marlena St.
Bossier City, LA 71111

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 0 9 2003
ONE DEPOSIT RECEIVED
AUG 0 9 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

2

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeff Lowe
Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

Area code and daytime telephone number   ( 318 ) 212-0520  (or 318-212-0521)        Fax number   ( 318 ) 212-0523

Email   JeffL@hrpsp.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katye Albert                                                    Date  7/31/03

Handwritten signature (X) ▼

X _____

**8**

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Hardware Resources (Attn: Jeff Lowe) | **9** |
| | **Number/Street/Apt** ▼ 4319 Marlena St. | |
| | **City/State/ZIP** ▼ Bossier City, LA 71111 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

3

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**                    **NATURE OF THIS WORK ▼** See instructions

Grape Corbel Design (applied to items CORA-1, CORA-2 & CORA-3)          Hand-Carved Wooden Corbel

**Previous or Alternative Titles ▼**
CORA-1, CORA-2, CORA-3

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**      **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**NAME OF AUTHOR ▼**                    **DATES OF BIRTH AND DEATH**
                                        Year Born ▼       Year Died ▼

Hardware Resources, employer for hire of Katye Albert

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☒ Yes | OR { Citizen of  United States of America | Anonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | { Domiciled in  United States of America | Pseudonymous? ☐ Yes ☒ No | |

**Nature of Authorship** Check appropriate box(es). **See instructions**

☒ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Name of Author ▼**                    **Dates of Birth and Death**
                                        Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of | Anonymous? ☐ Yes ☐ No | If the answer to either of those questions is "Yes," see detailed instructions |
| ☐ No | { Domiciled in | Pseudonymous? ☐ Yes ☐ No | |

**Nature of Authorship** Check appropriate box(es). **See instructions**

☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**        **Date and Nation of First Publication of This Particular Work**

2003          This information must be given in all cases.        Complete this information ONLY if this work has been published.   Month          Day          Year          Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hardware Resources (Attn: Jeff Lowe/Katye Albert)
4319 Marlena St.
Bossier City, LA 71111

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of          pages

4

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼         **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeff Lowe
Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

Area code and daytime telephone number   ( 318 ) 212-0520   (or 318-212-0521)        Fax number   ( 318 ) 212-0523

Email  JeffL@hrpsp.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katye Albert                                                      **Date** 7/31/03

**Handwritten signature (X)** ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Hardware Resources (Attn: Jeff Lowe)

**Number/Street/Apt** ▼
4319 Marlena St.

**City/State/ZIP** ▼
Bossier City, LA 71111

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper         U.S. Government Printing Office: 2000-461-113/20,021

5



**_CORA_ Series**

*item shown: CORA-2*

 

 



EXHIBIT

A-1

9



10



EXHIBIT

A-2



12

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 598-429**

EFFECTIVE DATE OF REGISTRATION

8 — 9 — 03

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼

Acanthus Corbel Design (applied to items CORB-1, CORB-2 & CORB-3)

NATURE OF THIS WORK ▼ See instructions

Hand-Carved Wooden Corbel

Previous or Alternative Titles ▼

CORB-1, CORB-2, CORB-3

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Hardware Resources, employer for hire of Katye Albert

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of United States of America
Domiciled in United States of America

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2003   Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Hardware Resources (Attn: Jeff Lowe/Katye Albert)
4319 Marlena St.
Bossier City, LA 71111

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 8 9 2003
ONE DEPOSIT RECEIVED
AUG 0 9 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT

B

13

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a  See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeff Lowe
Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

Area code and daytime telephone number  (318) 212-0520  (or 318-212-0521)    Fax number ( 318 ) 212-0523

Email  JeffL@hrpsp.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katya Albert                                    Date  7/31/03

Handwritten signature (X) ▼

X _Katya Albert_

**8**

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Hardware Resources (Attn: Jeff Lowe) |
| | Number/Street/Apt ▼ 4319 Marlena St. |
| | City/State/ZIP ▼ Bossier City, LA 71111 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office 2000-461-113/60 021

14

VAU549429

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | | VAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Acanthus Corbel Design (applied to items CORB-1, CORB-2 & CORB-3)

**NATURE OF THIS WORK ▼** See Instructions

Hand-Carved Wooden Corbel

**Previous or Alternative Titles ▼**

CORB-1, CORB-2, CORB-3

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Hardware Resources, employer for hire of Katye Albert

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of    United States of America
     Domiciled in  United States of America

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
     Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2003    ◄ Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month    Day    Year
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hardware Resources (Attn: Jeff Lowe/Katye Albert)
4319 Marlena St.
Bossier City, LA 71111

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

15

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                              **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeff Lowe
Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

Area code and daytime telephone number  ( 318 ) 212-0520  (or 318-212-0521)          Fax number  ( 318 ) 212-0523

Email  JeffL@hrpsp.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katye Albert                                   Date  7/31/03

**Handwritten signature (X)** ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Hardware Resources (Attn: Jeff Lowe)

Number/Street/Apt ▼
4319 Marlena St.

City/State/ZIP ▼
Bossier City, LA 71111

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—70,000   Web Rev. June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

16

| EXAMINED BY | FORM VA |
| --- | --- |
| CHECKED BY | |

| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeff Lowe
Hardware Resources
4319 Marlena St.
Bossier City, LA 71111

Area code and daytime telephone number   ( 318 ) 212-0520  (or 318-212-0521)          Fax number   ( 318 ) 212-0523

Email  JeffL@hrpsp.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katye Albert                                                   **Date** 7/31/03

**Handwritten signature (X)** ▼

X _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Hardware Resources (Attn: Jeff Lowe) |
| --- | --- |
| | **Number/Street/Apt** ▼ 4319 Marlena St. |
| | **City/State/ZIP** ▼ Bossier City, LA 71111 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002 — 20,000   Web Rev: June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



**CORB Series**

*item shown: CORB-2*

18



19





EXHIBIT

B-1

21



22



EXHIBIT

B-2



24

*601-862-0432*
*Cell # for Kent*


**HGH hardware supply**

## CORBELS

| Description | Dimensions/ Box Quantities | Cab Shop Price |
|---|---|---|
| **GRAPE** | | |
| 69001-UC GRAPE CORBEL, CHERRY | 4 1/2" W x 5" D x 10" H, per ea., 8/Box | 49.35 |
| 69001-UM GRAPE CORBEL, MAPLE | 4 1/2" W x 5" D x 10" H, per ea, 8/Box | 41.19 |
| 69001-UR GRAPE CORBEL, RUBBERW | 4 1/2" W x 5" D x 10" H, per ea., 8/Box | 31.36 |
| 69002-UC GRAPE CORBEL, CHERR | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 71.82 |
| 69002-UM GRAPE CORBEL, MAPLE | 5" W x 7 1/2" D x 14" H, per ea., 4/Box | 56.50 |
| 69002-UR GRAPE CORBEL, RUBBER | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 43.50 |
| 69003-UC GRAPE CORBEL, CHERRY | 6 3/4" W x 7 5/8" D x 22" H, per ea, 2/Box | 148.24 |
| 69003-UM GRAPE CORBEL, MAPLE | 6 3/4" W x 7 5/8" D x 22" H, per ea., 2/Box | 113.24 |
| 69003-UR GRAPE CORBEL, RUBBERW | 6 3/4" W x 7 5/8" D x 22" H, per ea., 2/Box | 84.78 |
| **ACANTHUS** | | |
| 69011-UC ACANTHUS CORBEL, CHER | 4 1/2" W x 5" D x 10" H, per ea., 8/Box | 51.26 |
| 69011-UM ACANTHUS CORBEL, MAPL | 4 1/2" W x 5" D x 10" H, per ea, 8/Box | 42.72 |
| 69011-UR ACANTHUS CORBEL, RUBBERW | 4 1/2" W x 5" D x 10" H, per ea., 8/Box | 32.82 |
| 69012-UC ACANTHUS CORBEL, CHER | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 83.78 |
| 69012-UM ACANTHUS CORBEL, MAPL | 5" W x 7 1/2" D x 14" H, per ea., 4/Box | 61.27 |
| 69012-UR ACANTHUS CORBEL, RUBBERW | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 45.68 |
| 69013-UC ACANTHUS CORBEL, CHER | 6 3/4" W x 7 5/8" D x 22" H, per ea, 2/Box | 139.15 |
| 69013-UM ACANTHUS CORBEL, MAPL | 6 3/4" W x 7 5/8" D x 22" H, per ea, 2/Box | 107.93 |
| 69013-UR ACANTHUS CORBEL, RUBBERW | 6 3/4" W x 7 5/8" D x 22" H, per ea., 2/Box | 80.66 |
| **TRADITIONAL** | | |
| 69021-UC TRADITIONAL CORBEL, | 4 1/2" W x 5" D x 10" H, per ea, 8/Box | 47.45 |
| 69021-UM TRADITIONAL CORBEL, | 4 1/2" W x 5" D x 10" H, per ea, 8/Box | 39.54 |
| 69021-UR TRADITIONAL CORBEL, | 4 1/2" W x 5" D x 10" H, per ea, 8/Box | 30.63 |
| 69023-UC TRADITIONAL CORBEL, | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 69.24 |
| 69022-UM TRADITIONAL CORBEL, | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 54.57 |
| 69023-UR TRADITIONAL CORBEL, | 5" W x 7 1/2" D x 14" H, per ea, 4/Box | 40.72 |
| 69023-UC TRADITIONAL CORBEL, | 6 3/4" W x 7 5/8" D x 22" H, per ea, 2/Box | 142.63 |
| 69023-UM TRADITIONAL CORBEL, | 6 3/4" W x 7 5/8" D x 22" H, per ea, 2/Box | 107.41 |
| 69023-UR TRADITIONAL CORBEL, | 5 3/4" W x 7 5/8" D x 22" H, per ea., 2/Box | 0.00 |
| **BAR CORBEL ROUTED** | | |
| 69151-UC PLAIN ROUTED BAR CORB | 2.6" W x 9" D x 12" H, Per ea, 16/Box | 23.50 |
| 69151-UM PLAIN ROUTED BAR CORB | 2.6" W x 9" D x 12" H, Per ea, 16/Box | 22.57 |
| 69151-UR PLAIN ROUTED BAR CORB | 2.6" W x 9" D x 12" H, Per ea, 16/Box | 12.70 |
| | | |
| 69151-UC-EK-R TRADITIONAL COR | 2.6" W x 9" D x 12" H, per ea, 16/Box | 23.50 |



Grape Corbel     Acanthus Corbel     Traditional Corbel     Routed Bar Bracket

EXHIBIT
C

25



**HGH** *hardware supply*

Distributors of Woodworking Machinery & Complete Cabinet Supplies Since 1963

**BIRMINGHAM**
(205) 595-4655
Fax (205) 510-4233

**ATLANTA**
(770) 248-9501
Fax (770) 449-5166

www.hghhardware.com

## ** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/18/06 | S2091168.001 |

REMIT TO:
P.O. BOX 1626
Birmingham, AL
35201-1626

PAGE NO.
1

**** FAXED INVOICE ****
Please pay from this invoice,
a copy will not be mailed.

BILL TO:
RONNIE McDOWELL
CUSTOM MILLWORK, INC
805 KING PLACE
SHREVEPORT,    LA 71115

SHIP TO:
RONNIE McDOWELL
CUSTOM MILLWORK, INC
805 KING PLACE
SHREVEPORT, LA 71115

| ORDERED BY | YOUR PURCHASE ORDER NUMBER | QUESTIONS? PLEASE CONTACT: | | |
|---|---|---|---|---|
| KENT ADAMS | | Jessie Ingram  800-277-0503 | | |
| TERMS | SHIP VIA | TAX JURISDICTION | DATE SHIPPED | ORDER DATE |
| Net 10th | SOUTHEASTERN | LA SHREVEP#1 | 04/18/06 | 04/18/06 |

| ORDERED | SHIPPED | DESCRIPTION | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 16 | 16 | 69151-UR PLAIN ROUTED BAR CORBEL, RUBBERWOOD, 2.6"W X 9"D X 12"H, PER EA., 16/BOX | 12.700 | 203.20 |
| 8 | 8 | 69011-UR ACANTHUS CORBEL, RUBBERWOOD,4-1/2"W X 5"D X 10"H, PER EA., 8/BOX | 32.820 | 262.56 |
| 500 | 500 | 71T5580 BLUM 120% CLIP TOP SELF CLOSING PRESS-IN, W/DOWELS, 50BOX/250CASE | 1.002 | 501.00 |
| 500 | 500 | 175L6660.22 BLUM 6MM CLIP ZINC DIE CAST FACE FRAME PLATE 50 BX/250 CS | 0.389 | 194.50 |

```
*********************************
Thank You for choosing HGH as
your cabinet hardware supplier.
Please call "Jessie Ingram"
800-277-0503 or 205-510-4209
e-mail: jessiei@hghhardware.com
```

We appreciate your business!! Call
our credit department with name or
address changes.

**IMPORTANT!**
Please refer to our Invoice # when paying invoice.
You must contact our Customer Service
Department for authorization to return any
merchandise. Items held over 40 days or non-stock
products are subject to a restocking fee. Past due
amounts are subject to a service charge of 1.5%
per month.

| | |
|---|---|
| NET AMOUNT | 1161.26 |
| FRG & HANDL | 0.00 |
| SALES TAX | 0.00 |
| AMOUNT DUE | 1161.26 |
| DUE DATE | 05/10/06 |



EXHIBIT

D

```
            ** Ship Ticket **
             Ship From:
HGH Hardware Supply, Inc.
POST OFFICE BOX 1625                    Invoice # : S2091168.001
BIRMINGHAM, AL  35201-1625             P/O-JOB:
Phone # : 205-595-4655                 Customer Release #
                                       Ordered By: KENT ADAMS
                                       Page #  1

Processed: 09:15:07 18 APR 2006
                                       Printed  : 13:07:33 18 APR 2006

           Bill To:                             Ship To:
RONNIE McDOWELL                        RONNIE McDOWELL
CUSTOM MILLWORK, INC                   CUSTOM MILLWORK, INC
805 KING PLACE                         805 KING PLACE
SHREVEPORT,    LA 71115                SHREVEPORT, LA 71115
Phone # : 318-798-1723
                                             Total Weight: 234.1
Order-Date-Ship-Date--Writer--Terms-------------Ship Via--------Tax Jur--------
04/18/06  04/18/06  INGJES  Net 10th       SOUTHEASTERN    LA SHREVEP
-------------------------------------------------------------------------------
```

```
Location   OrdQty   Avail Ship'd  Description
                                  ********* Shipping Instructions **********
                                  * *GPS*                                  *
                                  *************************************
GF11-400      16      16          69151-UR PLAIN ROUTED BAR CORBEL,
                                  RUBBERWOOD, 2.6"W X 9"D X 12"H, PER
                                  EA., 16/BOX

CB04-400       8       8          69011-UR ACANTHUS CORBEL,
                                  RUBBERWOOD,4-1/2"W X 5"D X 10"H,
                                  PER EA., 8/BOX

ED08-100     500     500          71T5580 BLUM 120% CLIP TOP SELF
                                  CLOSING PRESS-IN, W/DOWELS,
                                  50BOX/250CASE

ED09-100     500     500          175L6660.22 BLUM 6MM CLIP ZINC DIE
                                  CAST FACE FRAME PLATE 50 BX/250 CS

                                  ******************************
                                  Thank You for choosing HGH as
                                  your cabinet hardware supplier.
                                  Please call "Jessie Ingram"
                                  800-277-0503 or 205-510-4209
                                  e-mail: jessiei@hghhardware.com
```

```
This signed receipt acknowledges that the above merchandise
has been delivered and /or received in perfect condition.

Customer Signature :_____
Date  :_____/_____/_____
--Picked By-------Packed By------Boxes----Pallets----Notes--------------------
| HAWMAT       ;                  |        |           |                     ;
------------------------------------------------------------------------------
   HAWMAT
```

EXHIBIT

E

27



**hardware supply**

Distributors of Woodworking Machinery & Complete Cabinet Supplies Since 1983

**BIRMINGHAM**
(205) 595-4655
Fax (205) 510-4233

**ATLANTA**
(770) 248-9501
Fax (770) 449-5166

www.hghhardware.com

## ** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/03/06 | S2095942.001 |

| REMIT TO:<br>P.O. BOX 1625<br>Birmingham, AL<br>35201-1625 | PAGE NO.<br><br>1 |

**** FAXED INVOICE ****
Please pay from this invoice,
a copy will not be mailed.

BILL TO:
RONNIE McDOWELL
CUSTOM MILLWORK, INC
805 KING PLACE
SHREVEPORT,   LA 71115

SHIP TO:
RONNIE McDOWELL
CUSTOM MILLWORK, INC
805 KING PLACE
SHREVEPORT, LA 71115

| ORDERED BY | YOUR PURCHASE ORDER NUMBER | QUESTIONS? PLEASE CONTACT: | | |
|---|---|---|---|---|
| RON | | Jessie Ingram  800-277-0503 | | |

| TERMS | SHIP VIA | TAX JURISDICTION | DATE SHIPPED | ORDER DATE |
|---|---|---|---|---|
| Net 10th | UPS | LA SHREVEP#1 | 05/03/06 | 05/03/06 |

| ORDERED | SHIPPED | DESCRIPTION | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 1 | 1 | 69002-UR GRAPE CORBEL, RUBBERWOOD,<br>5"W X 7-1/2"D X 14"H, PER EA.,<br>4/BOX | 41.325 | 41.33 |
| 1 | 1 | 69042-UR GRAPES CORNER POST,<br>RUBBERWOOD, 2-3/4"W X 2-3/4"D X<br>34-1/2"H, PER EA., 6/BOX | 21.584 | 21.58 |
| 1 | 1 | 69102-UR FLUTED POST, RUBBERWOOD,<br>5"W X 5"D X 35-1/4"H, PER EA.,<br>1/BOX | 48.621 | 48.62 |
| | | *******************************<br>Thank You for choosing HGH as<br>your cabinet hardware supplier.<br>Please call "Jessie Ingram"<br>800-277-0503 or 205-510-4209<br>email: jessiei@hghhardware.com | | |

*Plu from our stock ① ~~600~~ 69 011-UR
Acanthus Corbel*      *32.82*

We appreciate your business!! Call
our credit department with name or
address changes.

*144.35*

RPS PACKAGE TRACKING (1-800-762-3726)
1Z3303010305086247   1Z3303010305086256
1Z3303010305086265

INPORTANT!
Please refer to our invoice # when paying invoice.
You must contact our Customer Service
Department for authorization to return any
merchandise. Items held over 30 days or non-stock
products are subject to a restocking fee best due
amounts are subject to a service charge of 1.5%
per month

| NET AMOUNT | ~~131.53~~ |
|---|---|
| FRG & HANDL | 12.02 |
| SALES TAX | 0.00 |
| AMOUNT DUE | ~~133.55~~ |

| DUE DATE | 06/10/06 |
|---|---|

*156.37*

EXHIBIT
F

*28*

```
              ** Ship Ticket **
                 Ship From:
HGH Hardware Supply, Inc.
POST OFFICE BOX 1625                   Invoice # : S2095942.001
BIRMINGHAM, AL  35201-1625            P/O-JOB:
Phone # : 205-595-4655                Customer Release #
                                      Ordered By: RON
                                      Page #  1
Processed: 08:15:15 03 MAY 2006
                                      Printed  : 13:12:35 03 MAY 2006


            Bill To:                       Ship To:
RONNIE McDOWELL                       RONNIE McDOWELL
CUSTOM MILLWORK, INC                  CUSTOM MILLWORK, INC
805 KING PLACE                        805 KING PLACE
SHREVEPORT,   LA  71115               SHREVEPORT, LA 71115
Phone # : 318-798-1723
                                            Total Weight: 30.7
Order-Date-Ship-Date--Writer--Terms------------Ship Via--------Tax Jur--------
05/03/06  05/03/06  INGJES Net 10th           UPS          LA SHREVEP
-----------------------------------------------------------------------------

Location  OrdQty  Avail Ship'd  Description
                               ********* Shipping Instructions **********
                               * *GPS*                                  *
                               ****************************************
AC07-100     1      1          69002-UR GRAPE CORBEL, RUBBERWOOD,
                               5"W X 7-1/2"D X 14"H, PER EA.,
                               4/BOX

CH03-200     1      1          69042-UR GRAPES CORNER POST,
                               RUBBERWOOD, 2-3/4"W X 2-3/4"D X
                               34-1/2"H, PER EA., 6/BOX

CC10-400     1      1          69102-UR FLUTED POST, RUBBERWOOD,
                               5"W X 5"D X 35-1/4"H, PER EA.,
                               1/BOX


                               ********************************
                               Thank You for choosing HGH as
                               your cabinet hardware supplier.
                               Please call "Jessie Ingram"
                               800-277-0503 or 205-510-4209
                               email: jessiei@hghhardware.com
```

```
This signed receipt acknowledges that the above merchandise
has been delivered and /or received in perfect condition.

Customer Signature :_____
Date :____/____/____
--Picked By-------Packed By------Boxes----Pallets----Notes---------------------
| RADDEB*RAD |                  |         |         |
-------------------------------------------------------------------------------
   RADDEB.s
```



EXHIBIT
G

29